No. 89–7195.  VASQUEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 89–7206.  PALOMO v. WASHINGTON.  Sup. Ct. Wash. Certiorari denied.

No. 89–7208.  THOMAS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–7215.  SHENDOCK v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS.  C. A. 3d Cir.  Certiorari denied.

No. 89–7241.  JONES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–7248.  LETIZIA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 89–7249.  JOHNSON v. ALEXANDER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 89–7251.  CASEY ET UX. v. KEMP, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.  C. A. 3d Cir. Certiorari denied.

No. 89–7281.  SCHMIDT v. TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 89–7282.  REARDON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 89–7284.  BUTLER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–7287.  NICHOLAS v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 89–7290.  LEWIS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–7292.  JOHNSON v. TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.